IN THE 7ᵀᴴ JUDICIAL CIRCUIT COURT
CLAY COUNTY, MISSOURI

| | |
|---|---|
| JETZ SERVICE CO. INC., <br>     *Plaintiff*, <br> v. <br> MIDWESTERN BAPTIST THEOLOGICAL <br> SEMINARY, INC., <br>     *Defendant*. | ) <br> )    CASE NO. 19CY-CV11620 <br> ) <br> )    DIVISION 4 <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on January 2, 2020, Defendant Midwestern Baptist Theological Seminary, Inc., filed a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing the above-captioned action from the Circuit Court for Clay County to the United States District Court for the Western District of Missouri. A true and correct copy of the notice of removal is attached hereto as Exhibit A.

Please take further notice that upon the filing of the notice of removal with the Clerk of the United States District Court for the Western District of Missouri, and filing copies thereof with the Clerk of the Circuit Court for Clay County, Missouri, the Defendant has effected removal and the Circuit Court shall proceed no further in this action unless and until the case is remanded.

                                                        Respectfully submitted,
                                                        LAW OFFICES OF JONATHAN R
                                                        WHITEHEAD LLC
                                                        <u> s/Jonathan R. Whitehead </u>
                                                        Jonathan R. Whitehead  Mo. 56848
                                                        229 S.E. Douglas St., Ste. 210
                                                        Lee's Summit, Mo 64063
                                                        816.398.8305 - Phone
                                                        816.278.9131 - Fax
                                                        ATTORNEY FOR DEFENDANT MIDWESTERN BAPTIST THEOLOGICAL SEMINARY, INC.

## Certificate of Service

The undersigned certifies that on January 2, 2020, the foregoing and all attachments and exhibits thereto were filed with the Court electronically, generating notice to all counsel of record.

        _s/Jonathan R. Whitehead_

        An Attorney for Defendant